IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ORLIN OSMIN DERAS MEJIA, §
§
*Petitioner*, §
§
V. § CIVIL CASE NO. SA-26-CV-01450-FB
§
BOBBY THOMPSON, Warden, South §
Texas Detention Center; KRISTI NOEM, §
Secretary of the U.S. Department of §
Homeland Security; PAMELA BONDI, §
Attorney General of the United States; §
in their official capacities, §
§
*Respondents.* §

## ORDER REINSTATING CASE ON DOCKET AND DISMISSAL OF CASE

Before the Court is the status of the above-styled and numbered petition for writ of habeas corpus. On March 19, 2026, the Court entered an Order Granting in Part Writ of Habeas Corpus (ECF No. 6) and a final Judgment (ECF No. 7). On April 3, 2026, Petitioner filed a Motion (ECF No. 11) to enforce the Court's Judgment, to which the Federal Respondents ("Respondents") filed a response (ECF No. 12) in opposition thereto. The Motion remains pending before the Court. On May 28, 2026, the parties filed a Joint Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (ECF No. 13), stipulating that this case is dismissed without prejudice.

Because the parties have stipulated to the dismissal of this case without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii) (ECF No. 13), IT IS HEREBY ORDERED that the case is REOPENED and REINSTATED on the Court's docket and will be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, based on the Joint Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (ECF No. 13), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that Petitioner's Motion (ECF No. 13) to enforce the Court's Judgment is DISMISSED as MOOT, and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of May, 2026.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE